**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BACKSTOP FILMS LLC and DAVID IVERSEN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Civil Action No. 1:20-cv-02181-CJN |
| U.S. DEPARTMENT OF THE NAVY, | ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Backstop Films LLC and David Iversen, and Defendant, the Department of the Navy, by and through the undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing the party's own costs, expenses, and attorneys' fees.

Dated: March 23, 2021

/s/ Maxwell S. Mishkin
Maxwell S. Mishkin
Jay Ward Brown
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
mishkinm@ballardspahr.com
brownjay@ballardspahr.com

*Counsel for Plaintiffs*

Respectfully Submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
 for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

Of Counsel
ALYSSA WILLIAMS
Lieutenant, JAGC, USN
Office of the Judge Advocate General
Department of the Navy

*Counsel for Defendant*